ACCEPTED
01-15-00305-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 3:09:30 PM
CHRISTOPHER PRINE
CLERK

# NO.  01-15-00305-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 3:09:30 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISCTRICT OF TEXAS

_____

## BACON-TOMSONS, LTD., BRL OIL AND GAS, L.L.C., AND FERRELL EDWIN MUNSON,

*Appellants*

## VS.

## CHRISJO ENERGY, INC. AND JACK M. CLINE,

*Appellees*

---

### APPELLANTS' UNOPPOSED MOTION TO ABATE APPEAL

Appellants Bacon-Tomsons, Ltd., BRL Oil and Gas, L.L.C. and Ferrell Edwin Munson ("Appellants'") file their Motion to Abate this appeal.

1.	This is an appeal of a judgment of the 122nd Judicial District Court in Galveston County, Texas on March 4, 2015, after conventional bench trial on the merits, resulting in a directed verdict in the appellee defendants' favor.  Appellants' notice of appeal was filed on April 6, 2015.  There were no orders of severance or separate trials entered by the district court.

2.	Appellees did file a timely post-trial motion to have the district court include in its judgment attorney's fees pursuant to the Texas Theft Liability Act, but this motion was not ruled on within 76 days of the date of the district court's March 4,

2015 judgment, therefore, it was overruled by operation of law on May 18, 2015. Thirty days after the overruling of Appellee's lone post-trial motion was June 17, 2015. On July 8, 2015, 21 days after the trial court's jurisdiction expired, the district court signed an order granting Appellees attorney's fees and fees for appeal.

3. The parties dispute, and are presently disputing in the district court, whether the March 4, 2015 judgment was a final judgment. *See* Appellee's Motion to Abate Appeal, filed herein on May 29, 2015, which is pending for decision. Appellees' motion maintains that the March 4, 2015 judgment was not final, and that Appellants' notice of appeal was prematurely filed. Appellants opposed this motion claiming, on the grounds set forth in the previous paragraph, that the March 4, 2015 judgment was a final, appealable judgment. *See* Appellants' Response to Motion to Abate, filed herein on June 8, 2015.

4. Appellees are still seeking entry of yet another final judgment from the district court as of the date of the filing of this motion. *See* Defendants' Amended Motion for Entry of Final Judgment, filed July 8, 2015, attached hereto as **Exhibit 1**. This motion is set for submission on August 5, 2015.

5. In the meantime, Appellee has supplemented the clerk's record to include actions taken by the district court following entry of what Appellants claim was the final judgment, as well as actions taken by the district court after what Appellees claim was the final judgment. Once the district court issues a ruling on Appellees'

motion to enter a final judgment over Appellees' objection, the clerk's record will need to be supplemented yet again.

6. Presently, and based on the assumption that this Court has before it a final, appealable judgment, Appellants' brief is due today, August 3, 2015. Appellant does not want to brief the case if in fact, there is not, as of August 3, 2015, a final, appealable judgment against it. Nor does Appellant want to file a brief based on an obviously incomplete clerk's record, which record will, regardless of the determination of finality of judgment, be supplemented again.

7. This Court should first resolve the issue of finality of the March 4, 2015 judgment before either party has to file a brief on the merits of the district court's directed verdict or its award of attorney's fees to Appellees. While Appellants stand by their opposition to Appellees' motion to abate this appeal, for the reasons set forth herein, they now separately request abatement to avoid unnecessary expense for the parties and work for this Court due to a briefing schedule based on presumed finality of judgment.

8. Accordingly, Appellants request that this Court abate this appeal until 30 days after this Court issues an order on whether or not the district court's judgment of March 4, 2015 is a final, appealable judgment.

9. Appellees are unopposed to this Motion.

WHEREFORE, Appellants' Bacon-Tomsons, Ltd. BRL Oil and Gas, L.L.C. and Ferrell Edwin Munson respectfully request that the Court grant this motion to abate this appeal.

Respectfully submitted,

By: _/s/ Chris Di Ferrante____
TBN: 05858800
402 E. 11th Street
Houston, Texas 77008
Telephone (713) 868-1919
Facsimile (713) 868-1899
chris@cdflaw.com

**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August, 2015, true and correct copies of the foregoing instrument were forwarded via e-mail, to the attorney listed below.

Robert E. Booth                    ***BY E-MAIL*** rbooth@millsshirley.com
Mills Shirley LLP
2228 Mechanic St., Suite 400
Galveston, Texas 77550
***Representing appellees Chrisjo Energy, Inc. and Cline***

__/s/ Chris Di Ferrante_____

Filed: 7/8/2015 4:32:00 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 5987155
By: Ann Vaughn
7/8/2015 4:39:33 PM

12CV0428

| Bacon-Tomsons, Ltd., BRL Oil and | § | In the District Court of |
|---|---|---|
| Gas, L.L.C. and Ferrell Edwin Munson | § | |
| | § | |
| v. | § | Galveston County, Texas |
| | § | |
| Chrisjo Energy, Inc. Jack M. Cline and | § | |
| Imperial Petroleum | § | 122nd Judicial District |

## DEFENDANTS' AMENDED MOTION FOR ENTRY OF FINAL JUDGMENT

To the Honorable Judge Ellisor,

Defendants Chrisjo Energy, Inc. and Jack Cline request entry of Final Judgment in this matter.

Defendants previously filed a Motion for Entry of an Award of Attorney's Fees and for Entry of Final Judgment. The Court granted the Motion and entered an Order awarding Defendants attorney's fees on July 8, 2015. With the exception of this Amended Motion for Entry of Final Judgment, there are no other pending motions before the Court.

Attached to this Motion is a proposed Final Judgment incorporating the Court's prior rulings on all claims, defenses, and objections. To preserve Plaintiffs' objections in the event of an appeal of this matter, Plaintiffs' counsel has indicated that he cannot agree to the form of the proposed Final Judgment. Accordingly, the proposed Final Judgment has been reviewed, but not agreed to, by all of the parties.

**EXHIBIT 1**

WHEREFORE, Defendants pray the Court enter the proposed Final Judgment attached to this Motion, agreed as to form only by Defendants.

Respectfully submitted,

**Mills Shirley L.L.P.**
2228 Mechanic Street, Suite 400
Galveston, TX 77550
Phone:  409.763.2341
Fax:    409.763.2879

By:  _____
Robert E. Booth
Texas Bar No. 24040546
rbooth@millssshirley.com
    Andres "Andy" Soto
Texas Bar No. 24071128
asoto@millsshirley.com

Attorneys for Defendants,
Chrisjo Energy and Jack M. Cline

## Certificate of Service

Pursuant to Texas Rules of Civil Procedure 21 and 21a, by my signature above, I certify a correct copy of the foregoing document was served on July 8, 2015 by the specified method on the following parties:

Plaintiffs Bacon Tomsons, Ltd.,
BRL Oil and Gas, L.L.C. and Ferrell Edwin Munson
through their attorney:

> **Via efile.txcourts.gov** kdickson@murray-lobb.com
> Kyle Dickson
> Murray Lobb, PLLC
> 700 Gemini, Suite 200
> Houston, TX 77058

Defendant Imperial Petroleum, Inc.
An unrepresented business entity:

> **Via efile.txcourts.gov** jtwilsonx1@aol.com
> Imperial Petroleum, Inc.
> Jeffrey T. Wilson, President
> P.O. Box 1006
> Evansville, IN 47706